No. 1915. EX PARTE FIGUERAS, PETICIONARIO Y APELANTE, *v.* EL PUEBLO, APELADO.—Corte de Distrito de Mayagüez. *Habeas Corpus.* Resuelto en mayo 23, 1922. No ha presentado el apelante alegato alguno y apareciendo de los autos que la resolución de la corte declarando sin lugar la petición estaba justificada por la evidencia del fiscal, por existir prueba suficiente para acusar al peticionario de asesinato en primer grado, se confirma la resolución recurrida.

No. 1912. EL PUEBLO, APELADO, *v.* GUASP, APELANTE.— Corte de Distrito de Mayagüez. Infracción al artículo 16 de la ley de caza. Resuelto en mayo 23, 1922. No existe pliego de excepciones ni relación de hechos y no se ha radicado alegato. Visto el caso de *El Pueblo* v. *Villaveitía,* 26 D. P. R. 385, y no apareciendo de los autos error fundamental se confirma la sentencia, modificándola en el sentido de imponer $25 de multa y en defecto de pago, un día de cárcel por cada dollar dejado de satisfacer.

No. 361. PÉREZ HNOS., PETICIONARIOS, *v.* CORTE DE DISTRITO DE SAN JUAN.—*Certiorari.* Resuelto en mayo 29, 1922. Por los fundamentos del caso *Guadalupe* v. *Berga, Juez de Distrito 29 D. P. R. 296,* se declara no haber lugar a librar el auto.

No. 1934. EL PUEBLO, APELADO, *v.* SANTANA, APELANTE.— Corte de Distrito de Mayagüez. Acometimiento y agresión grave. Resuelto en mayo 29, 1922. No existiendo pliego de excepciones ni relación de pruebas y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.